FILED
Clerk
District Court

AUG 29 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RAYMOND ALDAN AYUYU, ) | CIVIL CASE NO. 99-0054 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF RELEASE OF EXHIBITS |
| ) | |
| HILLARY TAGABUEL and CNMI ) | |
| DEPARTMENT OF PUBLIC ) | |
| SAFETY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Steven P. Pixley
Attorney for Plaintiff
P.O. Box 7757 SVRB
Saipan, MP 96950

Civil Division
Attorney for Defendants
Office of the CNMI Attorney General
Capitol Hill
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this __29th__ day of __August__, 2005

GALO L. PEREZ, Clerk of Court

By: _Ignacio C. Benavente_
Chief Deputy Clerk
U.S. District Court
Northern Mariana Islands

LISTAO 187

# EXHIBIT AND WITNESS LIST

| | |
|---|---|
| Raymond Aldan Ayuyu -vs- Hillary Tagabuel, et al | District Court<br>Northern Mariana Islands, Saipan, MP 96950 |
| **Plaintiff's Attorney**<br>Steven P. Pixley | **Defendant's Attorney**<br>William Betz, AAG |
| | Docket Number CV-99-0054 |
| | Trial Date(s) October 30 - November 2, 2000 |
| **Presiding Judge**<br>Alex R. Munson | Court Reporter<br>Sanae Shmull |
| | Courtroom Deputy<br>K. Lynn Lemieux |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| Pltf | | 10/30 | | | **MASOOD KARIMIPOUR** |
| 5 | | 10/30 | 10/30 | 10/30 | Order of Dismissal |
| Pltf | | 10/30 | | | **RAYMOND ALDAN AYUYU** |
| 1 | | 10/30 | 10/30 | 10/30 | Photograph of Raymond Aldan Ayuyu's house |
| 2 | | 10/30 | 10/30 | 10/30 | Photograph of Raymond Aldan Ayuyu's house |
| 3 | | 10/30 | 10/30 | 10/30 | Photograph of Raymond Aldan Ayuyu's house |
| 4 | | 10/30 | 10/30 | 10/30 | Photograph of Raymond Aldan Ayuyu's house |
| | A | 10/30 | 10/30 | 10/30 | Complaint CV-99-0054 |
| Pltf | | 10/31 | | | **VIRGINIA AYUYU IMPERIAL** |
| Pltf | | 10/31 | | | **THERESA AYUYU IMPERIAL** |
| | C | 10/31 | 10/31 | 10/31 | Statement of Raymond Aldan Ayuyu dated November 26, 1997 |
| | Dft | 10/31 | | | **HILLARY TAGABUEL** |
| | Dft | 11/1 | | | **GREG CASTRO** |
| | E | 11/1 | 11/1 | 11/1 | Meal Headcount for Persons incarcerated at DPS |
| | Dft | 11/1 | | | **MARVIN WILLIAMS** |
| | F | 11/1 | 11/1 | | Declaration of Marvin Williams on Motion |
| 6 | | 11/1 | 11/1 | | Information charging Raymond Ayuyu with Theft |
| | G | 11/1 | 11/1 | | Memorandum - Public Defender re: Discovery Request |
| | H | 11/1 | 11/1 | | Memorandum from Office of Attorney General - Transmittal re: Discovery Request |
| | Dft | 11/1 | | | **JESSE SEMEN** |
| | Dft | 11/1 | | | **JOE ALDAN** |
| | I | 11/1 | 11/1 | | 2 pgs. Report on Investigation dated 11/17/97 |
| | J | 11/1 | 11/1 | | Report on Investigation - Witness Interview of Jing Luan |
| | K | 11/1 | 11/1 | | Typed transcript of interview of Virginia Imperial |

FILED
Clerk
District Court

NOV 02 2000

For The Northern Mariana Islands
By_____ (Deputy Clerk)

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page ____ of ____ Pages

34