FILED
Clerk
District Court

DEC -2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| RAYMOND A. AYUYU, | ) | CIVIL CASE NO. 99-0054 |
| | ) | |
| Plaintiff, | ) | |
| -v- | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| HILLARY TAGABUEL, et al., | ) | |
| | ) | |
| Defendant. | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorneys of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this 2nd day of Dec, 2005.

Galo L. Perez, Clerk of Court

By: _____
Chief Deputy Clerk

LISTAO 187

# EXHIBIT AND WITNESS LIST

| | | | | |
|---|---|---|---|---|
| Raymond Aldan Ayuyu -vs- Hillary Tagabuel, et al | | | District Court<br>Northern Mariana Islands, Saipan, MP 96950 | |
| Plaintiff's Attorney<br>ven P. Pixley | | Defendant's Attorney<br>William Betz, AAG | Docket Number CV-99-0054 | |
| | | | Trial Date(s) October 30 - November 2, 2000 | |
| Presiding Judge<br>Alex R. Munson | | Court Reporter<br>Sanae Shmull | Courtroom Deputy<br>K. Lynn Lemieux | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| Pltf | | 10/30 | | | MASOOD KARIMIPOUR |
| 5 | | 10/30 | 10/30 | 10/30 | Order of Dismissal |
| Pltf | | 10/30 | | | RAYMOND ALDAN AYUYU |
| 1 | | 10/30 | 10/30 | 10/30 | Photograph of Raymond Aldan Ayuyu's house |
| 2 | | 10/30 | 10/30 | 10/30 | Photograph of Raymond Aldan Ayuyu's house |
| 3 | | 10/30 | 10/30 | 10/30 | Photograph of Raymond Aldan Ayuyu's house |
| 4 | | 10/30 | 10/30 | 10/30 | Photograph of Raymond Aldan Ayuyu's house |
| | A | 10/30 | 10/30 | 10/30 | Complaint CV-99-0054 |
| Pltf | | 10/31 | | | VIRGINIA AYUYU IMPERIAL |
| Pltf | | 10/31 | | | THERESA AYUYU IMPERIAL |
| | C | 10/31 | 10/31 | 10/31 | Statement of Raymond Aldan Ayuyu dated November 26, 1997 |
| | Dft | 10/31 | | | HILLARY TAGABUEL |
| | Dft | 11/1 | | | GREG CASTRO |
| | E | 11/1 | 11/1 | 11/1 | Meal Headcount for Persons incarcerated at DPS |
| | Dft | 11/1 | | | MARVIN WILLIAMS |
| | F | 11/1 | 11/1 | | Declaration of Marvin Williams on Motion |
| 6 | | 11/1 | 11/1 | | Information charging Raymond Ayuyu with Theft |
| | G | 11/1 | 11/1 | | Memorandum - Public Defender re: Discovery Request |
| | H | 11/1 | 11/1 | | Memorandum from Office of Attorney General - Transmittal re: Discovery Request |
| | Dft | 11/1 | | | JESSE SEMEN |
| | Dft | 11/1 | | | JOE ALDAN |
| | I | 11/1 | 11/1 | | 2 pgs. Report on Investigation dated 11/17/97 |
| | J | 11/1 | 11/1 | | Report on Investigation - Witness Interview of Jing Luan |
| | K | 11/1 | 11/1 | | Typed transcript of interview of Virginia Imperial |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page ____ of ____ Page

FILED
Clerk
District Court

For The Northern Mariana Islands
By _____
(Deputy Clerk)